UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH GREGORY DUNBAR,

     Plaintiff,

                               Case No. 1:18-cv-1355

v.

                               HON. JANET T. NEFF

DAVID HUYGE, et al.,

     Defendants.

_____/

**OPINION AND ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a "Motion to Suspend Mental Health Treatment." The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R&R), recommending that the motion be denied. The matter is presently before the Court on Plaintiff's objections to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objections have been made. The Court denies the objections and issues this Opinion and Order.

In his objections, Plaintiff reiterates his request that his mental health treatment be suspended (Pl. Obj., ECF No. 57 at PageID.283). Plaintiff does not address the Magistrate Judge's analysis. Plaintiff's objections therefore fail to demonstrate any factual or legal error in the Magistrate Judge's Report and Recommendation. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. Therefore:

**IT IS HEREBY ORDERED** that the Objections (ECF No. 57) are DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 52) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion to Suspend Mental Health Treatment" (ECF No. 46) is DENIED.

Dated: January 9, 2020

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge