UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH GREGORY DUNBAR #129278,

    Plaintiff,

v.

                                                             Case No. 1:18-cv-1355

DAVID HUYGE, et al.,                                    Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On October 26, 2020, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Defendant Barrett's Motion for Summary Judgment Based on Failure to Exhaust be granted and that Plaintiff's claim against Defendant Barrett be dismissed without prejudice. (ECF No. 143). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 143) is **ACCEPTED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Barrett's Motion for Summary Judgment Based on Failure to Exhaust (ECF No. 130) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claim against Defendant Barrett is dismissed without prejudice.

Dated:  November 24, 2020                /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      UNITED STATES DISTRICT JUDGE